AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Florida**

**USA v. Mohammed Malik**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 01-8087-CR-Graham/WCT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann R. Vitunac | Rolando Garcia | James Eisenberg |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | AD 01-58-1898 / 01-59-1 | Sandra Prevedo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7-13-01 |  |  | Letter |

FILED BY
01 JUL 17 PM 2:07
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___   Pages

# Oury & Mizdol, P.C.

Counsellors at Law
411 Hackensack Avenue, Hackensack, New Jersey 07601
(201) 489-5900
Facsimile No.: (201) 489-5505

Dennis J. Oury
Bonnie J. Mizdol

Robert R. Lenz
Joseph A. Vadusti

Louis M. Horn
Of Counsel

July 12, 2001

United States Magistrate Ann E. Vitunac
U.S. District Court House
Southern District of Florida
West Palm Beach, Florida 33401

Re: Michael Malik

Dear Magistrate Vitunac:

I have been asked by Mr. Malik to forward you this letter in support of Mr. Malik's request for Your Honor to set bail in a reasonable amount. I have known Mr. Malik since the mid 1980s. My first contact with Mr. Malik was as a result of my representation of the Jersey City Board of Adjustment. Mr. Malik at the time was a member of that Board. Over the next several years after my initial contact with Mr. Malik, I came to know Mike very well and came to learn that in addition to being a very astute business person, he was both family and community oriented. Mike has always done the very best he could for both his family and the community at large. He served on the Board of Adjustment with distinction. After I ceased representing the Board of Adjustment, I have maintained a relationship with Mike and have considered him a friend.

Respectfully submitted,

Dennis J. Oury, Esq.

DJO/lb

**DEFENDANT'S EXHIBIT**
CASE NO. 01-8087-CR-GRAHAM
EXHIBIT NO. 1