UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 01-8087-CR-GRAHAM/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED MALIK,

    Defendant.
_____/

## GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A. 1. Approximately 520 audio/video recordings of statements made by defendants in case numbers 01-8087-cr-Graham and 01-8090-cr-Middlebrooks can be obtained by making arrangements with undersigned counsel. Copies of these tapes can be obtained by providing blank audio\video tapes to undersigned counsel. These tapes will be used for copying and then returned forthwith.

           The government is in the process of transcribing about 100 of the audio/video recordings. Transcripts of the recordings will be forwarded to defense counsel upon completion. A list of the tapes sent for transcription is attached to defense counsel's copy of this response.

    A. 2. A copy of the defendant's Advise of Rights is attached.

       5. Books, papers, documents, photographs, tangible

      objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the Bureau of Alcohol, Tobacco and Firearms, 505 South Flagler Drive, Suite 402, West Palm Beach, Florida. The undersigned has set the date for August 7, 2001 at 9:00 a.m.

D.  The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959). Attached to defense counsel's copy of this response are such materials.

E.  The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. Attached to defense counsel's copy of this response are such materials.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

        /s/ ROLANDO GARCIA
        ROLANDO GARCIA
        Assistant United States Attorney
        Florida Bar No. 0763012
        500 Australian Avenue, 4th Floor
        Tel: (561) 820-8711
        Fax: (561) 820-8777

cc: Special Agent Steven Burdelski
   Federal Bureau of Investigation

   Special Agent Stephen Barborini
   Bureau of Alcohol, Tobacco and Firearms

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on July 25, 2001 to: James Eisenberg, Esquire, 250 S. Australian Avenue, Suite 704, West Palm Beach, Florida 33401-5007.

ROLANDO GARCIA
Assistant United States Attorney