UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MOHAMMED A. MALIK )
    Petitioner )
)
)
-v- ) Docket No. 01-8087
)
)
UNITED STATES OF AMERICA )
    Respondent )
                              oOo

MOTION REQUESTING RECOMMENDATION FOR
INTENSIVE CONFINEMENT CENTER (ICC)
PLACEMENT

**WHEREFORE NOW COMES MOHAMMED A. MALIK,** Pro-Se Petitioner in pursuant to respectfully move this Honorable Court to **RECOMMED** that Petitioner be placed in the B.O.P. "Intensive Confinement Center Program," as part of his rehabilitation efforts to rejoin society in a positive and disciplined manner.

### STATEMENT OF THE CASE

Petitioner Malik contends that, on June 12, 2001, he was indicted for violation of "Arms Export Control Act," pursuant to 22 U.S.C. § 2778 (B)(C).

On February 15, 2002, Petitioner was sentence to a term of 30 months to be followed by 3 years supervised release in respect to the conditions of a drafted plea-agreement.

Petitioner Malik respectfully moves this Honorable Court to **RECOMMED** to the Bureau of Prison, that he be placed into the B.O.P. "Intensive Confinement Center Program (ICC)," for the period of time to which is allotted as per conditions of the program itself.

Malik asserts that, he meets "all" of the "Eligibility

and Placement," pursuant to § 524.31 of the policy statment. Malik's eligibility for this program is as follow:

1. Serving a sentence of more than 12, but not more than 30 months. **Malik was sentenced to 30 months.**

2. Serving a sentence or more than 30, but not more than 60 months, and is within 24 months of a projected release date. **Malik's projected release date is November 2, 2004.**

3. Serving his first period of incarceration or has a minor history of prior incarcerations. **Malik is a first time offender.**

4. Is not serving a term of imprisonment for a crime of violence or felony offense. **Malik is a non-violent offender.**

5. Appropriate for housing in minimum security. **Malik maintains camp status.**

6. Physically and mentally capable of participating in the program. **Malik is in excellent health mentally physically.**

7. A volunteer. **Malik is willfully pursuing his placement in the ICC Program.**

Petitioner Malik affirms that he meets as previously stated, "all" of the outlined conditions in which must be complied with prior to any consideration for the placement in the ICC Boot-Camp Program.

Malik respectfully moves this Honorable Court to **RECOMMED** him for the placement, as this pace of incarceration will assist Malik in the upmost capacity in rehabilitation in the Federal Bureau of Prisons.

Petitioner Malik reviews this program as an opportunity for him to become focused on his self discipline, as well as him centralizing his focus on his return back into society.

Therefore, it is respectfully requested that this Honorable Court **GRANT** Petitioner's brief, and **RECOMMED** him for this stated program.

This herein memorandum was prepared on this 18th day of March, 2003.

-2-

Petitioner in addition, respectfully moves this Honorable Court to rule on this herein memorandum in a **EXPEDIENT** fashion as the time for Petitioner to enter the next class which is to begin in June 2003, however, Petitioner will be physically transferred to the Boot-Camp facility in May of 2003.

Therefore, as this Court is aware, time is of an essence in this matter, and a expeditious ruling will be welcomed.

Petitioner Malik brings this memorandum as a Pro-Se litigant, and move this Court to not hold him in the same light as they would hold a licensed counsel.

Date; March 18, 2003                              Respectfully Submitted

                                                  Mohammed A. Malik
                                                  71663-004
                                                  F.P.C. Lewisburg
                                                  P.O. Box 2000
                                                  Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

I **Mohammed Malik,** do hereby swear that under the penalty of perjury that I have mailed a copy of the enclosed to the Office of Clerk of Court for the Southern District of Florida at the James Lawerence King Federal Justice Building 99 Northeast Fourth St. Miami, FL 33132 and to the Office of the U.S. Attorney 500 Australian Ave. Suite 400 West Palm Beach, FL 33401 on this 18th day of March, 2003 via United States Postal Service.

Date: March 18, 2003

Respectfully Submitted

Mohammed A. Malik
71663-004
F.P.C. Lewisburg
P.O. Box 2000
Lewisburg, PA 17837