UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.01-08087-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MOHAMMED MALIK,

        Defendant.
_____/

**O R D E R**

FILED by _____ D.C.
APR - 9 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THIS CAUSE** came before the Court upon Defendant's Motion Requesting Recommendation for Intensive Confinement Center Program, (DE#115).

**THE COURT** has reviewed the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion Requesting Recommendation for Intensive Confinement Center is **Denied**.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 9th day of April, 2003.

_____
DONALD   L.   GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Mohammed A. Malik, Pro Se
       Rolando Garcia, AUSA
       U. S. Marshal
       Bureau of Prisons

